UNITED STATES BANKRUPTCY COURT                             DISTRICT OF CONNECTICUT

In re:    Spectrum Events Unlimited Inc                     Case No.
                                                            Chapter  11

## List of Creditors Holding 20 Largest Unsecured Claims

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured creditors. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 USC §112; Fed. R. Bankr. P.1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc) | C U D S | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| United Illuminating<br>P.O. Box 9230<br>Chelsea, MA 02150-9230 | Credit department<br>Tel: 800-676-7052<br>Fax: 203 499-3709 | Services | | $7064.01 |
| City Line Distributors<br>20 Industry Drive<br>West Haven, CT 06516 | John Katsulus<br>203-931-3707<br>sales@citylinefoods.com | merchandise | | $3719.77 |
| Avaya Financial Services<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599<br><br>Avaya Financial Services<br>1 CIT Drive<br>Livingston, NJ 07039 | Jim Stecher<br>Account Manager<br>800-527-9876<br>FAX: 877-703-8397<br>e-mail: vickie.anderson@cit.com | Telephone system upgrade lease 11/12/09 | | $3047.69 |
| Chris Montanaro Electric<br>97 Pumpkin Delight Rd<br>Milford, CT 06460 | Chris Montanaro<br>Tel: 203-878-2001<br>Cmont23@yahoo.com | services | | $2,622.24 |
| Tom Intelisano<br>33 Ashwood Rd<br>Milford, CT 06460 | Tom Intelisano<br>Tel: 203-641-3882<br>Thi13@optonline.net | Merchandise/services | | $2475.00 |
| Otto Brehm Inc<br>75 Tuckahoe Rd<br>P.O. Box 249<br>Yonkers, NY 10710-0249 | Randy/Credit Dept.<br>Tel: 914-968-6100<br>Fax 914 968-2892 | merchandise | | $2444.26 |
| Mitchco Party Rentals | Credit department | Merchandise/services | | |

| | | | | |
|---|---|---|---|---|
| 3129 Main Street<br>Stratford, CT 06614 | tel: 203 378-5434<br>Fax: 203-378-5434 | | | $1978.50 |
| John's Refuse<br>P.O. Box 387<br>Guilford, CT 06437 | Credit department<br>tel: 203-234-8696<br>f ax: 203-234-7969 | services | | 901.00 |
| Regional Water Authority<br>P.O. Box 981102<br>Boston, MA 02298-1102 | Credit department<br>203-562-4020<br>Fax 203.624.6129 | services | | $656.73 |
| M& R Cooling<br>1050 Bridgeport Ave<br>Milford, CT 06460 | Tel: 203-874-7914<br>Gerald Artz<br>sales@mrheatingandcooling.net | Merchandise/services | | $559.82 |
| EBC Security<br>242 Kings Highway<br>Fairfield, CT 06824 | Carolyn Cotter<br>Tel: 203-368-0800<br>Fax: 203 367-0527 | Merchandise/services | | $318.00 |
| RJ Mase LLC<br>1 Testa Place<br>So. Norwalk, CT 06854 | Credit Department<br>Tel: 203-899-0105<br>Fax 203 899-0105 | services | | 324.36 |
| Wind River Environmental<br>577 Main Street #110<br>Hudson, MA 01749 | Credit department<br>978-841-5080<br>Wrecontact7@wrenvionmental.com | services | | 271.31 |

Date: ____5/10/2011_____          Debtor_____/s/_____
                                           John Profetto, president
                                           Duly authorized